■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN HORNE, Appellant. [794 NYS2d 641]—

Judgment, Supreme Court, New York County (Brenda Soloff, J.), rendered October 14, 2003, convicting defendant, upon his plea of guilty, of attempted burglary in the second degree, and sentencing him, as a second felony offender, to a term of three years, unanimously affirmed.

Defendant was properly sentenced as a second felony offender. In determining that defendant's West Virginia conviction for delivery of a controlled substance was analogous to a New York felony conviction, the court properly consulted the accusatory instrument since the statute (W Va Code § 60A-4-401 [a] [i]) criminalizes several acts which, if committed in New York, would not all be felonies (see People v Gonzalez, 61 NY2d 586, 590-591 [1984]). In light of that accusatory instrument, defendant's guilty plea in West Virginia necessarily constituted an admission of guilt of the equivalent of a New York felony. Defendant's remaining arguments are unpreserved and we decline to review them in the interest of justice. Were we to review these claims, we would reject them. Concur—Andrias, J.P., Sullivan, Gonzalez, Sweeny and Catterson, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE MIDDLETON, Appellant. [794 NYS2d 642]—Judgment, Supreme Court, New York County (Richard D. Carruthers, J.), rendered January 5, 2004, convicting defendant, after a jury trial, of burglary in the third degree, and sentencing him, as a second felony offender, to a term of 2 to 4 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. There is no basis for disturbing the jury's determinations concerning credibility (see People v Gaimari, 176 NY 84, 94 [1903]). The evidence warrants the conclusion that defendant knew that he had been permanently prohibited from entering the store in question, and that he nevertheless entered the store with the contemporaneous intent to steal. Concur—Andrias, J.P., Sullivan, Gonzalez, Sweeny and Catterson, JJ.